**FILED**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2006 FEB 22  P 1: 20

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

IN THE MATTER OF IN RE: JOHN PERRY
ALFORD, and REBECCA ALFORD, as
owners of a 2000 20-foot Monterey
motorboat, hull identification number
RGFB0210H900, in cause of action for
exoneration from or limitation of liability,

Case No.: 3:04-cv-583-J-20MMH

Petitioners.

_____/

## ORDER

The Court has been telephonically notified that the Parties have reached a settlement on all claims. Therefore, the case is **DISMISSED WITHOUT PREJUDICE** for thirty (30) days, during which the Parties may submit a stipulated form of final order should they so choose **or** provided good cause is shown, move to reopen the action. After the thirty day period, however, without further notice or order, this dismissal shall be deemed to be *with prejudice*. All pending Motions, if any, are denied as moot and the Clerk is directed to close the file.

**DONE AND ENTERED** at Jacksonville, Florida, this 22nd day of February, 2006.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:
Mitchel E. Woodlief, Esq.
Stan Cushman, Esq.
C. Gary Moody, Esq.
Garry Randolph, CRD