UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
IN ADMIRALTY

FILED

2006 MAR -8 | A 8: 50

IN THE MATTER OF IN RE: JOHN PERRY ALFORD, and REBECCA ALFORD, as owners of a 2000 20-foot Monterey motorboat, hull identification number RGFB0210H900, in cause of action for exoneration from or limitation of liability,

CASE NO. 3:04-cv-583-J-20MMH

Petitioners.
_____/

## ORDER

The Court inadvertently omitted any reference to a return of interest accrued on a deposit with the registry. Accordingly Order 76 (filed March 3, 2006) is **VACATED** and this Order is placed in its stead.

Before the Court is Petitioners' Unopposed Motion for Release [sic] Registry Funds (Doc. No. 75) filed on March 1, 2006, which is **GRANTED**. In the Motion, Petitioners seek an order from the Court directing the Clerk of Court to return the funds in the amount of $17,300.00 deposited into the registry of the Court on July 28, 2004, to Cotton States Mutual Insurance Company, care of Mitchel E. Woodlief, 225 E. Church Street, Jacksonville, FL 32202. See Motion at 1. Petitioners represent to the Court that counsel for the Respondent does not oppose the relief requested in the Motion. See id. at 2.

Accordingly, it is **ORDERED**:

The Clerk of the Court is directed to release the initial deposit of $17,300.00, plus any accrued interest, from the registry of the Court to:

1

Cotton States Mutual Insurance Company
c/o Mitchel E. Woodlief
225 E. Church Street
Jacksonville, FL 32202

     **DONE AND ORDERED**, at Jacksonville, Florida, this ___ day of March, 2006.

                                     HARVEY E. SCHLESINGER
                                     United States District Judge

**Copies to**:
Mitchel E. Woodlief, Esq.
Stan Cushman, Esq.
C. Gary Moody, Esq.