**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**
**IN ADMIRALTY**

FILED

2006 APR -7  A 11: 28

CLERK, US DISTRICT COURT

IN THE MATTER OF IN RE: JOHN PERRY ALFORD, and REBECCA ALFORD, as owners of a 2000 20-foot Monterey motorboat, hull identification number RGFB0210H900, in cause of action for exoneration from or limitation of liability,

CASE NO. 3:04-cv-583-J-20MMH

Petitioners.
_____/

## O R D E R

Before the Court is the parties Joint Motion to Dismiss With Prejudice (Doc. No. 79, filed April 6, 2006), on the grounds that this case has settled. The Motion is **GRANTED** and this case is **DISMISSED WITH PREJUDICE,** with the parties to bear their own attorneys' fees and costs. The Clerk shall close the file.

**DONE AND ORDERED**, at Jacksonville, Florida, this ___ day of April, 2006.

HARVEY E. SCHLESINGER
United States District Judge

**Copies to:**
Mitchel E. Woodlief, Esq.
Stan Cushman, Esq.
C. Gary Moody, Esq.